MARK J. HANNON SBN: 107829
Attorney At Law
1114 W. Fremont St.
Stockton, California, 95203
Telephone: (209) 942-2229
Facsimile: (209) 942-3973
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT,

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WAYNE ANDERSON ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN COLVIN, Acting ) <br> Commissioner of Social Security ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:12-cv-02575-EFB <br><br> STIPULATION AND [~~proposed~~] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the court as indicated below, that Plaintiff's time to file a motion for summary judgment is hereby extended from the present due date of May 20, 2013 through and until July 20, 2013.

Plaintiff needs additional time to prepare the motion for summary judgment. Plaintiff's counsel was waiting for the Transcript of the Administrative Proceedings to be mailed to his office, and discovered on May 23, 2013, for the first time, that the United States Attorney's office no longer mails paper copies of the Transcript. Plaintiff's counsel has tried to obtain the transcript from the court's website but has received continual messages that the files are restricted.

Plaintiff's counsel is a sole practitioner and has an active case load of over one hundred bankruptcies.

For the above stated reasons, the parties request that the court grant the requested extension. This is the first request to extend Plaintiff's deadline to file a motion for summary judgment.

DATED: May 24, 2013            __/s/ *Mark J Hannon*_____
                                          MARK J HANNON
                                            Attorney for Plaintiff

LUCILLE GONZALES, MEIS
Chief Counsel, Region IX

DATED: May 24, 2013            By:_/s/ *Timothy R. Bolin*_____
                                           TIMOTHY R. BOLIN
                                           Special Assistant United States Attorney
                                           Social Security Administration

OF COUNSEL:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Defendant

ORDER

For good cause shown, the requested extension of Plaintiff's time to file a motion for summary judgment in <u>Anderson v Colvin</u>, 2:12-cv-02575-EFB is hereby approved. Plaintiff shall file his motion for summary judgment by July 20, 2013.

SO ORDERED.

DATED: May 29, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE