BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE WAYNE ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.* | No. 2:12-cv-02575-EFB<br><br>**JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE AND ~~PROPOSED~~ ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of thirty days in which Defendant may file her cross-motion for summary judgment or a motion or stipulation to remand this case voluntarily, i.e., from August 5 to September 4, 2013.

    Defendant needs this extension because the Appeals Council judge assigned to this case is currently on vacation and will not return until later this week. Counsel was informed of this on July 26, 2013, approximately two weeks after submitting a request for authority to remand this

1  case voluntarily. The judge will be reviewing counsel's request upon returning from vacation.
2  Furthermore, counsel himself has longstanding vacation plans for August 5 through 16, 2013.
3        The parties stipulate in good faith, with no intent to delay proceedings unduly.

                                      Respectfully submitted,

Date: *July 29, 2013*         */s/ Mark J. Hannon*
                                      MARK J. HANNON
                                      Attorney for Plaintiff

Date: *July 29, 2013*         BENJAMIN B. WAGNER
                                      United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Timothy R. Bolin*
                                        TIMOTHY R. BOLIN
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Date:   July 30, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE