Mark J Hannon SBN: 107829
Attorney At Law
1114 West Fremont Street
Stockton, CA 95203
Telephone: (209) 942-2229
Facsimile: (209) 942-3973
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GEORGE WAYNE ANDERSON<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | No. 2:12-cv-02575 EFB<br><br>JOINT STIPULATION SETTLING ATTORNEY FEES PURSUANT TO U.S.C. § 2414 (d) AND ~~PROPOSED~~ ORDER |

The parties, through their undersigned attorneys, hereby stipulate to plaintiff's motion for EAJA attorneys fees pursuant to U.S.C. § 2414 (d) requesting the sum of $4,476.00.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of his assignment of EAJA fees to counsel, Mark J. Hannon.  The retainer agreement containing the assignment is attached as Exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that he does not owe a federal debt, then the government shall cause the payment of fees to be

1

made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel.

Dated: September 16, 2013                         /s/ *Mark J Hannon*_____
                                                  MARK J HANNON
                                                  Attorney for Plaintiff


                                                  BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DONNA L. CALVERT
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration l

Dated: September 16, 2013                   By:   */s/ Timothy R. Bolin*
                                                  TIMOTHY R. BOLIN
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant


    Upon stipulation of the parties, and good cause appearing on the record, the plaintiff in 2:12-cv-02575 EFB, George Anderson v the Commissioner of Social Security, is hereby awarded attorney fees in the amount of $4,476.00, pursuant to the provisions of U.S.C. § 2414 (d)

    APPROVED AND SO ORDERED.

Dated:  September 20, 2013.

                                                  _____
                                                  EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE